UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALFRED TRIPPETT, *on behalf of himself and all others similarly situated*,

Plaintiff,

v.

OASIS DAY SPA, INC.,

Defendant.

**ORDER**

25-cv-00552 (ER)

RAMOS, D.J.

On January 20, 2025, Alfred Trippett filed a complaint against Oasis Day Spa, Inc. Doc. 1. A summons was issued on January 21, 2025, Doc. 4, but Trippett has not filed an affidavit of service and Oasis has not appeared.

Accordingly, Trippett is directed to submit a status report by **October 27, 2026**. Failure to comply could result in the Court dismissing the case pursuant to Federal Rule of Civil Procedure 4(m).

It is SO ORDERED.

Dated: October 20, 2026
New York, New York

Edgardo Ramos, U.S.D.J.